# **EXHIBIT 3**

Case 1:25-cv-05410-KMW-AMD     Document 6-3     Filed 05/23/25     Page 1 of 4 PageID: 146


**IRS** Department of the Treasury
Internal Revenue Service
310 Lowell Street, Stop 983
Andover MA 01810



004943.599383.198832.18432 1 AB 0.593 532



MW TAX AND ACCOUNTING LLC
CRYSTAL CARR
70 CORIANDER DR
LUMBERTON NJ 08048

004943


Department of the Treasury
Internal Revenue Service

```
310 Lowell Street, Stop 983          In reply refer to: 0800000000
Andover  MA  01810                   July 25, 2024   LTR 5880C  Z0
                                     *                 000000 00
                                                          00014852
                                                       BODC: NOBOD
```

MW TAX AND ACCOUNTING LLC
CRYSTAL CARR
70 CORIANDER DR
LUMBERTON  NJ  08048

004943

EFIN: 229715

Dear CRYSTAL CARR

We've accepted you as an Authorized IRS e-file Provider. Your electronic filing identification number (EFIN) is above. Refer to Publication 3112, IRS e-file Application and Participation, for information on the use of your EFIN. Please be sure to protect and safeguard your EFIN.

The business location for this EFIN is:

70 CORIANDER DR
LUMBERTON, NJ 08048

This acceptance letter is not an endorsement by the IRS of the quality of services you provide or any software you use or develop and you should not state so in any advertising or contact with your clients.

Publication 3112, IRS e-file Application and Participation, and Publication 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns, contain important information about your role as an IRS e-file provider.

You should view your e-file application by visiting www.irs.gov/eservices to ensure your information is correct. You should also periodically check your e-filed returns by selecting "EFIN status" to verify the information shown agrees with your records. If you notice significant differences, contact the IRS e-help Desk at the number below. You can make changes to your e-file application by visiting www.irs.gov/efileappchanges.

You can also download Publication 4003, QuickAlerts Messaging System Brochure. The QuickAlerts system is designed to keep Software Developers, Transmitters and Authorized IRS e-file Providers informed 24/7 of e-file issues and events that impact their business operations.

You can get any of the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

Thank you for your interest in IRS e-file. We are looking forward to

```
                                                  0800000000
                                  July 25, 2024  LTR 5880C  Z0
                                *                 000000 00
                                                    00014853
```

MW TAX AND ACCOUNTING LLC
CRYSTAL CARR
70 CORIANDER DR
LUMBERTON  NJ  08048


working with you. If you have questions, you can call the IRS e-help
Desk at 866-255-0654 between 6:30 a.m. - 6 p.m. CST, Monday through
Friday.


                              Sincerely yours,



                              B. Robertson,
                              Chief, e-help Operations