# **EXHIBIT 5**

Case 1:25-cv-05410-KMW-AMD   Document 6-5   Filed 05/23/25   Page 1 of 2 PageID: 153

