Romano Law PLLC
Daniel S. Braverman, Esq.
One Battery Park Plaza, 7th Floor
New York, New York 10004
(212) 865-9848

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------------------ x
Dimov Associates LLC d/b/a Dimov Tax and CPA Services and Dimov Wasserman LLC

                              Plaintiffs,

-against-


Marc Wasserman, David Kane and Selective Financial Solutions
                             Defendants.

                             Defendants.
------------------------------------------------------------------ x

Civil Action No. 1:25-cv-05410

**CERTIFICATE OF NON-ARBITRABILITY**

       Daniel S. Braverman, of full age, certifies that pursuant to L.Civ.R. 201.1(d)(3) the above captioned matter is not arbitrable because the damages recoverable exceed the sum of $150,000, which is exclusive of interest and costs and any claim for punitive damages.

Executed on May 30, 2025

                                                                /s/ Daniel S. Braverman
                                                                 Daniel S. Braverman, Esq.