**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

Case Number 1:25-CV-05410-KMW-AMD

Date June 6, 2025

DIMOV ASSOCIATES LLC d/b/a DIMOV TAX

AND CPA SERVICES

and DIMOV WASSERMAN LLC,

Plaintiffs. v.

(MARC WASSERMAN, DAVID KANE and

SELECTIVE FINANCIAL SOLUTIONS,)

Defendant.

---

**RECEIVED**

JUN 9 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES' ANSWER TO THE COMPLAINT

Defendant, the United States of America, responds the Complaint as follows:

I am requesting an extension to answering the interrogatories.