# ROMANO
## L A W

dan@romanolaw.com       One Battery Park Plaza, 7th Floor       (212) 865-9848
New York, NY 10004

Tuesday, June 24, 2025

Honorable Karen M. Williams
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: No. 1:25-cv-05410 - Dimov Associates LLC et al v. Marc Wasserman et al**

Dear Judge Williams,

    As directed earlier today by Your Honor's law clerk, Richard Willie, I am writing to respectfully request the Court's permission for David Fish, Esq. to appear at the hearing scheduled for June 30, 2025, in the above-captioned matter. As the Court is aware, Mr. Fish has filed a Motion for Leave to Appear *Pro Hac Vice* (ECF No. 10) for plaintiffs Dimov Associates, LLC, CPA Services and Dimov Wasserman, LLC, which is currently pending with a return date of July 7, 2025 (please see Court's Order dated 5/30/25 setting the motion for July 7, 2025).

    With a Show Cause hearing on Plaintiffs' application for a temporary restraining order and preliminary injunction scheduled for June 30, 2025, and given that I will be out of state that day on a previously scheduled matter, we want to ask if Mr. Fish's *pro hac vice* admission may be considered prior to argument on the application, in which case another attorney licensed in New Jersey would also appear while Mr. Fish argues such motion. If that is not possible, we respectfully request a brief adjournment of the hearing to a date following the July 7 motion return date set by the court so I may appear with Mr. Fish.

    Thank you for Your Honor's consideration of this request.

                                                            Respectfully submitted,

                                                            ROMANO LAW PLLC

                                                            */s/Dan Braverman*