Civil Action No. 1:25-cv-05410-KMW-AMD
DIMOV ASSOCIATES LLC, et al v. MARC WASSERMAN, et al

# ATTACHMENT

## Joint Proposed Discovery Plan

1. **Set forth the name of each attorney appearing, the firm name, address and telephone number and facsimile number of each, designating the party represented.**

*For Plaintiffs:*

| | |
|---|---|
| Dan Braverman, of counsel | David M. Fish |
| Romano Law PLLC | Romano Law PLLC |
| One Battery Park Plaza, Floor 7 | One Battery Park Plaza, Floor 7 |
| New York, NY 10004 | New York, NY 10004 |
| Tel. (212) 865-9848 | Tel. (212) 865-9848 |
| Fax (646) 661-4599 | Fax (646) 661-4599 |
| Email dan@romanolaw.com | Email davidf@romanolaw.com |

*For Defendants:*

Sam Jackson, Esq.
Ratliff Jackson, LLP
811 Church Road, Suite 105
Cherry Hill, NJ 08002
Tel. (856) 209-3111 x103
Fax (908) 543-3534
Email Sam@RatliffJackson.com

2. **Set forth a brief description of the case, including the causes of action and defenses asserted.**

*For Plaintiffs:*

The complaint asserts causes of action including trade secret misappropriation, breach of fiduciary duty, tortious interference, fraud, breach of contract, unfair competition, unjust enrichment, conversion, negligent misrepresentation, fraudulent inducement, and civil conspiracy.

*For Defendants:*

Defendant asserts a number of defenses and counterclaims, including breach of contract for failing to pay Defendant the agreed-upon value of the business he sold to Plaintiffs, that Defendant was already owed any money he allegedly took, that Plaintiffs breached the contract first, and that Plaintiffs have been unjustly enriched by their retention and exploitation of Defendant's former business, trade name, and clients.