UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
----------------------------------------------------------------- x
Dimov Associates LLC d/b/a Dimov Tax and CPA
Services and Dimov Wasserman LLC,

                                     Plaintiffs,

           -against-                           Civil Action No.:
                                                        1:25-cv-05410-KMW-AMD

Marc Wasserman, David Kane and Selective Financial
Solutions,

                                   Defendants.
----------------------------------------------------------------- x

## JOINT STATUS LETTER

Dear Judge Donio:

Counsel for plaintiffs Dimov Associates LLC d/b/a Dimov Tax and CPA Services and Dimov Wasserman LLC and defendant Marc Wasserman write jointly to inform Your Honor that plaintiffs and defendant Marc Wasserman have reached a settlement in principle. Plaintiffs still intend to pursue their default judgment against defendants David Kane and Selective Financial Solutions.

In connection with the settlement, we believe a brief conference with Your Honor will be helpful in properly memorializing one aspect of the settlement terms.

Would the Court be amenable to a brief telephone conference?

                                        Sincerely,

                                        ROMANO LAW PLLC

                                        */s/Dan Braverman*

                                        _____

                                        Dan Braverman
                                        David M. Fish (*pro hac vice*)
                                        *Attorneys for Plaintiffs*